IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JEFFERY W. CARMICHAEL,**
    Plaintiff,

vs.                                                    CASE NO.:  3:08cv307/MCR/MD

**M. ANDERSON, et al.,**
    Defendants.
                                        /

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 12, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

DONE AND ORDERED this 19th day of September, 2008.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**